# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| David Fondots | ) | 19-MJ-5160-JGD |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    4/22/2015, 6/18/2015 & 7/28/2015    in the county of    Middlesex    in the

_____ District of    Massachusetts    , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. section 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Laura Smith, Special Agent Federal Bureau of Inves
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   **Jun 4, 2019**

_____
*Judge's signature*

City and state:   _____

_____
*Printed name and title*