UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID JOHN AKA DAVID JOHN FONDOTS,<br>          Defendant | CRIMINAL No. 19 CR-10357-RGS |

DEFENDANT'S ASSENTED TO MOTION TO FILE CERTAIN ATTACHEMNTS
TO SENTENCING MEMORANDUM UNDER SEAL

The Defendant David John hereby moves, pursuant to Local Rule 7.2, for permission to file certain attachments to its sentencing memorandum under seal in this matter. As grounds for this Motion, the Defendant submits that the attachments, including travel documents, itineraries, minutes, resolutions, contracts, banking statements, and credit card statements, communications with vendors and contractors, comparative company performances, and tax returns, may reveal confidential information such as the names of witnesses, staff, family members of defendant,  to the facts relating to the allegations in this case.

Rule 7.1 Certification

I have conferred with the AUSA pursuant to Local Rule 7.1 and she has assented to this Motion.

Respectfully submitted,

David John
Defendant

By:   David John

(978) 727 5175

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) .

                                 David John
                                 Defendant

Date: June 1, 2020