**EXHIBIT 1**

**From:** Bloom, Sara (USAMA) <Sara.Bloom@usdoj.gov>
**Sent:** Tuesday, June 11, 2019 12:04 PM
**To:** Jonathan D. Plaut <jdplaut@chardonlaw.com>
**Cc:** Smith, Laura C. (BS) (FBI) <lcsmith@fbi.gov>; Keating Elizabeth A <elizabeth.keating@ci.irs.gov>
**Subject:** RE: US v. David Fondots; 1:19-mj-05160-JGD

Thank you for the update.

1. As to potential witnesses – at this time, I would say that all persons associated with Mariposa are potential witnesses, including investors, potential investors contacted about Mariposa, founders, board members, employees, contractors and vendors. Specifically this would include: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, persons associated with Overall Capital Partners, anyone associated with ▮▮▮▮▮▮▮▮. Also, as we discussed, he should not have conversations about the merits of the case unless in the presence of counsel with his wife or other involved family members, to include ▮▮▮▮▮▮▮▮.

2. ==Let's talk about your request for documents. I believe you have the unredacted affidavit and I am not sure what exactly you are asking for.==

3. Happy to meet with you this week. What time works well for you. I am pretty free tomorrow and can find some time on Friday. Thursday is looking pretty busy. Thanks. Sara (617) 748-3265.