# EXHIBIT 6 & 7

**From:** Jonathan D. Plaut
**Sent:** Thursday, August 22, 2019 3:19 PM
**To:** Bloom, Sara (USAMA) <Sara.Bloom@usdoj.gov>
**Subject:** RE: Fondots

Dear Sara,

The answer is yes, Mr. Fondots is interested in resolving this case via plea and he does not want to be indicted. I will be in the office all week this coming week, and I would very much like to receive the evidence/documents on which you base the factual allegations in the complaint and the six counts. As soon as I can see the evidence I will promptly review it with Mr. Fondots.

Thank you.

**From:** Bloom, Sara (USAMA) [mailto:Sara.Bloom@usdoj.gov]
**Sent:** Tuesday, August 20, 2019 9:31 AM
**To:** Jonathan D. Plaut <jdplaut@chardonlaw.com>
**Subject:** RE: Fondots

You were going to get back to me as well after speaking with your client about whether he is still prepared to plead guilty to tax and wire fraud – even if he does not agree to all the facts in the Information. I am trying to gather evidence to send to you. Sara

**From:** Jonathan D. Plaut <jdplaut@chardonlaw.com>
**Sent:** Tuesday, August 20, 2019 9:03 AM
**To:** Bloom, Sara (USAMA) <SBloom@usa.doj.gov>
**Subject:** RE: Fondots

Sara,

Nice speaking with you yesterday. Regarding timing, please advise when we can see the evidence so that we can hopefully move toward a plea deal. I'm free all next week to get this done. Thanks.