**EXHIBIT 8**

**From:** Jonathan D. Plaut
**Sent:** Monday, August 19, 2019 12:17 AM
**To:** Bloom, Sara (USAMA) <Sara.Bloom@usdoj.gov>
**Subject:** Re: Fondots

Sara, I would like to reiterate that our reluctance in moving forward with a plea under these facts is that we are not confident that the alleged facts are true, when all mitigating evidence is also considered. I have an abiding doubt as to the facts. ==Please show us the evidence.== Thank you.

Jonathan

*Jonathan Plaut, 617-451-3200*