**EXHIBIT 9**

**From:** Jonathan D. Plaut
**Sent:** Tuesday, September 10, 2019 10:13 AM
**To:** Bloom, Sara (USAMA) <Sara.Bloom@usdoj.gov>
**Subject:** US v. David Fondots

Dear Sara:

Thank you for your email of September 6, 2019. I very much appreciate that you have lowered the number of counts to two. But my biggest difficulty with your change of plea letter is that it starts with a guideline base level of 17 because you have not modified the dollar figures. As I indicated to you in my email dated September 3, 2019, ████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████

Once the plea has been agreed to we are willing to work with you to see if we can agree on the facts and the amounts in controversy or perhaps we will present differing facts and amounts in controversy to the Court. I understand that you are basing your analysis to a significant degree on the civil lawsuit brought several years ago against Mr. Fondots which, in turn, was drafted by former investors who owed no substantial allegiance to the truth. The allegations in that civil complaint included exaggerations and some untruths, with unauthenticated snippets of selected emails and accountings. ███████████
███████████████████████████████████████████████████████████████████████ which the shareholders appeared to have wholly omitted when they drafted the civil lawsuit ██████

████████████████. Here, it will not benefit either party or the court for the government to recite inaccurate facts as they will be damaging to Mr. Fondots prior to trial and will be eventually proven untrue.

All of the foregoing is stated with respect. My client and I want to get to "yes" with you. We don't want you to indict him. But I just cannot in good conscience advise Mr. Fondots to plead to a specific dollar amount that he believes is false, and to facts which he believes are false.

==In your papers there are references to exhibits W1-5, W1-6, W1-13, W6-1, W6-4, W7-1, W7-5, W7-4, QW7-3, and W6-1 through 4. Would you please provide those to us for review?==

Thank you.

Sincerely,

Jonathan D. Plaut
COHAN RASNICK MYERSON PLAUT LLP
One State Street, Suite 1200
Boston, MA 02109
Tel: (617) 451-3200
Fax: (617) 227-1780
Website: www.crmllp.com
e-mail: jdplaut@chardonlaw.com

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Cohan Rasnick Myerson Plaut LLP immediately by replying to this message or by sending an email to jdplaut@chardonlaw.com and destroy all copies of this message and any attachments without reading or disclosing their contents. Thank you.