**EXHIBIT 10**

**From:** Jonathan D. Plaut
**Sent:** Tuesday, August 13, 2019 9:51 AM
**To:** Bloom, Sara (USAMA) <Sara.Bloom@usdoj.gov>
**Subject:** RE: Fondots

Actually, Sarah, in reviewing my files I don't believe I received a copy of the signed and unredacted affidavit of Agent Laura Smith (Doc. #6).  May I please have a signed and unredacted copy?  Thank you.

**From:** Jonathan D. Plaut
**Sent:** Tuesday, August 13, 2019 9:45 AM
**To:** Bloom, Sara (USAMA) <Sara.Bloom@usdoj.gov>
**Subject:** RE: Fondots

There is nothing in particular. Please forget the request. I just seem to recall the Court indicating that there were documents available for my viewing that I had not seen. But this harkens back to our first court appearance, I am sure you have given me everything. Thanks.

**From:** Bloom, Sara (USAMA) [mailto:Sara.Bloom@usdoj.gov]
**Sent:** Tuesday, August 13, 2019 9:34 AM
**To:** Jonathan D. Plaut <jdplaut@chardonlaw.com>
**Subject:** Re: Fondots

I do not know to what you are referring.  Is there something in particular you are requesting?

Sent from my iPhone

On Aug 13, 2019, at 9:29 AM, Jonathan D. Plaut <jdplaut@chardonlaw.com> wrote:

Dear Sarah,

I recall the Court indicating that there are documents available for my viewing that have not been filed.  Are there documents available for my viewing that I have not seen?  If so, please let me know when might be a good time for me to drop by your office.  Thanks.

-Jonathan