**EXHIBIT 11**

**From:** Jonathan D. Plaut <jdplaut@chardonlaw.com>
**Sent:** Friday, July 26, 2019 2:52 PM
**To:** Bloom, Sara (USAMA) <SBloom@usa.doj.gov>
**Subject:** RE: Fondots

Dear Sara:

As you can imagine, David is concerned about more calls from the Government to his work.  ==The FBI Tweet and the government contacts with his employer so far have put this public company in a position of concern.==  But they have decided to stand by David while the process continues. Putting a spotlight on the fact that the senior executive responsible for the company's revenue for this important new region needs to have his position verified will cause undue harm. He is the Vice President responsible for the region and he has held similar positions for the past 20 years.  David has offered to make his travel details known in advance, and he has shared the meetings and purpose of those meetings he is having.  Most of his engagements are at the highest level requiring a senior manager responsible for LATAM to lead. He was hired to open up the region and to date has achieved his objectives.  Now he has to execute on the business he has delivered and close his quarter with the new business he is solely responsible for. Denying him this sole trip before we close our plea discussions will cause David undue harm and almost certainly have a severe impact on his ability to remain employed.

Thank you.

-Jonathan

Jonathan D. Plaut
COHAN RASNICK MYERSON PLAUT LLP
One State Street, Suite 1200
Boston, MA 02109
Tel: (617) 451-3200
Fax: (617) 227-1780
Website: www.crmllp.com
e-mail: jdplaut@chardonlaw.com