**EXHIBIT 15**

Hello and thank you.  I believe that I am entitled all inculpatory and exculpatory under Brady and others particularly that may be material not only to guilt but punishment.  I will get you what you are asking as well.

I am sorry if I am incorrect, it is not my contention that I actually know what I am doing…. I left Jennifer off only because I don't want to seem cheeky in front of your staff, not out of disrespect.  I do believe I am entitled to it all and apologize if I am wrong.  I am pretty shocked that Plaut did not get it, I ran out of dimes for the machine I guess.

Thanks again.

David Fondots
davidjfondots@gmail.com