UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>DAVID JOHN AKA DAVID JOHN FONDOTS,<br>        Defendant | CRIMINAL No. 19 CR-10357-RGS |

<u>DEFENDANT"S ASSENTED TO MOTION TO FILE CERTAIN ATTACHEMNTS TO SENTENCING MEMORANDUM UNDER SEAL</u>

The United States hereby moved, pursuant to Local Rule 7.2, for permission to file certain attachments to its sentencing memorandum under seal in this matter.  Also to have sealed personal letters from family and friends which may arrive direct to the court not containing evidence or facts of the case.  As grounds for this Motion, the United States submits that the attachments, including rebuttal witness affidavits, travel itineraries of witnesses, attendees of board meetings, participants in investor meetings, reports of statements by witnesses, and tax returns, may reveal confidential information such as the names of victims, witnesses and family members of the defendant alleged to have been involved in the facts relating to the crimes in this case, or the details of the defendant's tax returns.  Although we have not seen the sentencing memorandum to prepare a defense response. David accented to the USA motion under the mutual understanding that he would be able to upon his selection be able to seal certain attachments that are submitted in support of the defendant's sentencing memorandum.

Rule 7.1 Certification

I have conferred with the United States pursuant to Local Rule 7.1 and he has assented to this Motion.

Respectfully submitted,

David John

By: /s/David John
Defendant
978 727 5175

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) .

                                             /s/ David John
                                             David John Fondots

                                             <u>Defendant</u>

Date: September 25, 2020