UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:19-CR-10357-RGS |
| | ) | |
| DAVID JOHN | ) | |

### ASSENTED-TO MOTION TO CONTINUE

Now comes Assistant Federal Public Defender Cara McNamara and files this motion to continue the status conference presently scheduled for today, February 16, 2021, and to schedule a continued status conference in front of the district court in approximately 30-45 days. Counsel represents that she spoke with Assistant United States Attorney Sara Bloom who agrees with this request to continue, and to vacate the hearing presently scheduled.

As grounds, counsel states that she needs additional time to meet with the defendant and to review materials that he has submitted to date. The defense agrees to exclude all time from the date of this status hearing until the next scheduled date. In light of this filing, the parties ask that today's hearing be vacated.

DAVID JOHN
By his attorney,

*/s/ Cara McNamara*
Cara McNamara
AK Bar No. 0511088
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

## **CERTIFICATE OF SERVICE**

      I, Cara McNamara, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 16, 2021.

                                               */s/ Cara McNamara*
                                               Cara McNamara