UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:19-cr-10357-RGS |
| | ) | |
| DAVID JOHN | ) | |

### ASSENTED-TO MOTION TO CONTINUE SENTENCING FOR 2 WEEKS

Here comes Assistant Federal Public Defender Cara McNamara and files this motion to continue the sentencing date of June 9, 2021 for approximately 2 weeks. Counsel represents that she spoke with Assistant United States Attorney Sara Bloom and Jordi De Llano Campos and both agree to this request for brief continuance of sentencing.

As grounds, counsel states that she needs additional time to consult with her client prior to filing his sentencing memorandum and to prepare for the sentencing hearing. Mr. John agrees with this request to continue. The parties ask that the Court grant this request to continue to a date convenient to the Court and parties and will contact chambers for an appropriate date.

DAVID JOHN
By his attorney,

*/s/ Cara McNamara*
Cara McNamara
AK Bar No. 0511088
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

      I, Cara McNamara, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 1, 2021.

                                      */s/ Cara McNamara*
                                      Cara McNamara