UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:19-cr-10357-RGS |
| | ) | |
| DAVID JOHN | ) | |

**MOTION TO DISCHARGE SURETY BOND**

Here comes the defendant David John and respectfully moves this Honorable Court to authorize the Clerk's Office to exonerate any secured bond held by the Court in this case. Dkt. 8, 9.

In support thereof, Mr. John states the following:

1. On June 7, 2019, Mr. John was arrested, appeared in court, and was released on conditions that included posting a bond secured by the family home. Dkt. 9.

2. On June 30, 2021, Mr. John was sentenced in this criminal matter. Dkt. 108.

3. Mr. John self-remanded to custody on August 10, 2021.

4. Because the home as surety is no longer a condition of Mr. John's release, the bond, and any mortgage held, may be discharged at this time.

Mr. John now asks this Court to release the secured appearance bond posted with the Court on that date. Dkt. 9. The government, through Assistant United States Attorney Sara Bloom, opposes resolution of this motion until the restitution order is finalized. Dkt 114.

DAVID JOHN

By his attorney,

        */s/ Cara McNamara*
        Cara McNamara
        AK Bar No. 0511088
        Federal Defender Office
        51 Sleeper Street, 5th Floor
        Boston, MA 02210
        Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I, Cara McNamara, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 29, 2021.

        */s/ Cara McNamara*
        Cara McNamara