UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 19-10357-RGS

UNITED STATES OF AMERICA

v.

DAVID JOHN

MEMORANDUM ON GOVERNMENT'S MOTION
FOR CLARIFICATION OF ITS RESTITUTION ORDER
(DOCKET # 119)

February 4, 2022

STEARNS, D.J.

The court will answer the government's motion as follows.[1] The court does not disagree with the government's reading of the Mandatory Victims Restitution Act (18 U.S.C. § 3663A), as stating that the amount of restitution owed is to be calculated without reference to a defendant's financial circumstances. As the court explained in its December 1, 2021 Memorandum and Order, the amount of restitution owed is $177,483 (the government agreed and advocated for that amount), and further that the Mariposa Group victims were, if anything, overcompensated by the conveyance of the entire proceeds of the sale of defendant's Nantucket home ($182,00) pursuant to the parties' December 5, 2017 Settlement Agreement. To the extent that the government, presumably on victims' behalf, sought an

---

[1] The court has received no response from the defendant as of this date.

award in excess of the amount of restitution owed, the court deemed that request to constitute a punishment in the nature of a fine and therefore within 18 U.S.C. § 3663(a)(1)(B)(i)(II)'s permission to consider a defendant's ability to pay. The court, however, agrees that this interpretation of the statute is *dicta* on which its determination that the restitution owed has been satisfied does not depend.

ORDER

The motion for clarification is deemed ANSWERED.

/s/ Richard G. Stearns
Richard G. Stearns
UNITED STATES DISTRICT JUDGE

2