FILED
IN CLERKS OFFICE

2022 MAR -7 PM 2:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

Judge Stearns                                   2-25-2022
One CourtHouse Way
Suite 2300
Boston, Ma 0221

Dear Judge Stearns

Thank you for your fair and equitable handling of this case. In spite of disagreement with the extremely incorrect calculations presented by the government on the taxes in Count Two, I respected the courts ruling. And I promised in my statement prior to sentencing I would abide with respect to the courts ruling/decision.

As you prepare to rule on forfeiture regarding Count One, there are important yet simple points I'd beg leave to present since I am unable to address the court prior. Seeking equity and Proportionality please note
1) I am literally destitute, not a penny
2) I have no chance of returning to my career and work of over 30 years, all that I Know, which is representing US firms internationally with financial judgements hanging over my head.

①

Page 2                                    2-25-22
DAVID JOHN (FONDOTS)

3) If accepted I have been considering taking religious vows. However, that is not possible since a vow of poverty requires that the novice has no debt.

And on top of my reputation being ruined by my actions and numerous exaggerated DOJ + FBI Tweets, the punishment to my family namely my son (this is an on-going issue), and my incarceration (25% in Solitary Confinement) Forfieture will be a life-long sentence preventing me from work and keeping me penniless w/o credit into my 80's.

More, I never had the $177,000 long having voluntarily returned it years before criminal charges. In fact, the predatory investors received or took $1.24 million in cash, notes, and stock. They got my company which is still operating as well.

Now this sentence has me paying Taxes on the 177,000 and other monies never received or returned as well. ($220,000 in the taxable income was never received but I accept the sentence as stated)($182,000 was returned on top of that!)

(3)

Daud John                                    2-25-22

I am asking the court for leniency and favorable consideration for my matters before the court.

In spite of my illnesses, which I did not use as excuse for my crimes and my extreme risk of Stroke particularly after a cardiac event I have been a model prisoner. I suffer from painful Bi Polar attacks almost daily fending off a psychotic break. Yet I am the <u>Tutor</u> and <u>Mentor</u> of 22% of the men in my unit trying to earn a <u>GED</u>. I <u>teach ESL</u> to others and I have seven inmates re-entering ignored by BOP I am <u>teaching ACE</u> Re entry programs to. My daughter funds the training materials for that!! I am <u>#1 Cook</u> for entire unit 2 of 3 meals per day, 7 days per week.

Please your honor, I would like to avoid more punishment beyond proportion, pay my taxes, and be reunited w/ my children who need me as much as I need them.         Sincerely,
                                     Daud John

(P.S. Apologies for this hand written note.)