UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 1:19-cr-10357-RGS |
| ) | |
| DAVID JOHN ) | |

**MOTION TO RETURN OF PROPERTY**

The defendant, David John, files this motion to request that the Court allow the return of property held by the United States Probation Office, specifically, his passport. Mr. John's passport was voluntarily turned over to the probation office pursuant to release conditions in his case. Mr. John has now been sentenced and completed his term of imprisonment. Hence, he now asks they the court grant his motion to allow the USPO to return the property back to him. At the time of this filing, counsel does not know the position of the government regarding this request.

DAVID JOHN
By his attorney,

*/s/ Cara McNamara*
Cara McNamara
AK Bar No. 0511088
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

## **CERTIFICATE OF SERVICE**

      I, Cara McNamara, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 23, 2022.

                                                   */s/ Cara McNamara*
                                                   Cara McNamara