

# MEMORANDUM

| | |
|---|---|
| DATE: | August 2, 2023 |
| TO: | The Honorable Richard G. Stearns<br>United States District Judge |
| FROM: | Thomas C. Mullen, III<br>Supervisory U. S. Probation Officer |
| SUBJECT: | **JOHN, David**<br>**Docket #: 1:19CR10357-001**<br>**RESTITUTION PAYMENT SCHEDULE** |

This memorandum serves as notification of a restitution payment schedule agreed upon by the above probation officer and supervisee.

It is the responsibility of the supervising probation officer to notify the Court of an agreed-upon payment schedule, thus proposing a reasonable payment schedule set by the Court. The schedule is based upon the supervisee's ability to pay at the time it is formulated. Periodic reviews of the supervisee's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

> The above-captioned supervisee, David John, has presented financial information to the U. S. Probation Office from which a payment schedule has been established. Mr. John has agreed to pay his court-ordered restitution to the Internal Revenue Service in the amount of **$187,603.00** in monthly installments of **$100.00**, an amount representing 10 percent of his gross monthly income, commencing on August 15, 2023.

If Your Honor concurs with this payment schedule, please so indicate by signing below.

Payment Schedule Is Approved:

_/s/ Richard G. Stearns_
The Honorable Richard G. Stearns
United States District Judge

Date: __8/3/2023__